Country Village Associates, Doing Business as Creekside Apartments, Respondent, 
against
Patricia M. Milhaven, Appellant. 

Sussman & Associates (Jonathan R. Goldman of counsel), for appellant.
Blustein, Shapiro, Rich & Barone, LLP (Stephanie Tunic of counsel), for respondent.

Appeal from a final judgment of the Justice Court of the Town of Warwick, Orange County (Nancy Brenner DeAngelo, J.), entered March 14, 2019. The final judgment, without a trial, awarded landlord possession and the sum of $1,336 in a holdover summary proceeding.
ORDERED that the final judgment is reversed, without costs, and the matter is remitted to the Justice Court for trial.
Inasmuch as the tenancy is governed by the rules of the United States Department of Agriculture Rural Development Program (see 7 CFR part 3560), landlord was required, in this holdover proceeding, to establish that its refusal to renew tenant's lease was based on tenant's "material non-compliance with the lease provisions, material non-compliance with the occupancy rules, or other good causes" (7 CFR § 3560.159 [a]). Inasmuch as a trial was not held and landlord was not afforded an opportunity to make this required showing, the final judgment must be reversed and the matter remitted to the Justice Court for trial.
ADAMS, P.J., TOLBERT and RUDERMAN, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 18, 2020